UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALVIN ROSE, and others,

    Plaintiffs,

    v.

FCA US, LLC,

    Defendant.

Case No. 18-cv-05936 NC

**ORDER TO DEFENDANT TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

Defendant FCA US, LLC, removed this case from Santa Clara County Superior Court, asserting that this Court has subject matter jurisdiction over the case under diversity jurisdiction, 28 U.S.C. § 1332(a) and § 1441(b). ECF 1. The burden is on the removing defendant to establish jurisdiction. If jurisdiction is not established, then the case must be remanded back to state court. This is because the federal courts are courts of limited jurisdiction.

Here, FCA US, LLC asserts that diversity of citizenship is established because plaintiffs Rose and Devlin are California citizens and FCA has its "principal place of business" in Michigan. Notice of Removal, ECF 1, at ¶ 12. But FCA is applying the wrong standard. FCA is a Limited Liability Company (LLC). "Like a partnership" an LLC "is a citizen of every state of which its owners/members are citizens." *Johnson v.*

*Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). FCA's removal notice does not show that its members are citizens of states other than California. In the alternative, FCA may show an alternative ground for federal subject matter jurisdiction.

Consequently, FCA must show cause in a writing filed by November 9, 2018, as to why this case should not be remanded to state court for lack of subject matter jurisdiction. If plaintiffs wish to respond, they may file a responding brief by November 16.

**IT IS SO ORDERED.**

Dated: October 26, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge